AO450 - Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
### CHARLESTON DIVISION

In re Bausch & Lomb Inc. Contacts Lens
Solution Products Liability Litigation

*This judgment relates to:*

Non-*Fusarium* keratitis
personal injury cases

**SUMMARY JUDGMENT
IN CIVIL CASE**

MDL No. 1785

Case Number: 2:06-MN-77777-DCN
(related cases listed on the following page)

**Decision by Court.**  This action came to a hearing before the Court, Honorable David C. Norton, Chief United States District Judge, presiding.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Defendant, Bausch & Lomb Inc.'s Motion for Summary Judgment is **GRANTED** as to the cases listed.  It is further ordered that the following cases remain under advisement: 07-1568 (Deliz-Velez), 06-3278 (Erickson), 06-3272 (Declet-Flores), 06-3273 (Garcia), and 06-3640 (Shallcross).

LARRY W.  PROPES, Clerk

By          s/Catina Murray
                Deputy Clerk

February 19, 2010

**This judgment applies to the following cases:**

| | | | | | |
|---|---|---|---|---|---|
| 06-01321 | 07-01199 | 07-04105 | 08-01557 | 08-02253 | 08-03947 |
| 06-02610 | 07-01383 | 07-04106 | 08-01559 | 08-02270 | 08-03948 |
| 06-02663 | 07-01393 | 07-04107 | 08-01583 | 08-02629 | 08-03949 |
| 06-02668 | 07-01425 | 07-04124 | 08-01584 | 08-02857 | 08-03950 |
| 06-02673 | 07-01436 | 08-00113 | 08-01603 | 08-02918 | 08-03951 |
| 06-02674 | 07-01440 | 08-00158 | 08-01604 | 08-03262 | 08-04037 |
| 06-02683 | 07-01566 | 08-00355 | 08-01605 | 08-03264 | 08-04054 |
| 06-02687 | 07-01569 | 08-00381 | 08-01606 | 08-03318 | 08-04055 |
| 06-02694 | 07-01685 | 08-00382 | 08-01607 | 08-03319 | 08-04056 |
| 06-02698 | 07-01746 | 08-00523 | 08-01608 | 08-03321 | 08-04057 |
| 06-02699 | 07-01747 | 08-00525 | 08-01609 | 08-03322 | 08-04058 |
| 06-02702 | 07-01844 | 08-00526 | 08-01610 | 08-03324 | 08-04059 |
| 06-02706 | 07-01847 | 08-00550 | 08-01611 | 08-03325 | 08-04060 |
| 06-03262 | 07-02145 | 08-00552 | 08-01612 | 08-03326 | 08-04061 |
| 06-03264 | 07-02570 | 08-01102 | 08-01614 | 08-03328 | 08-04070 |
| 06-03265 | 07-02754 | 08-01103 | 08-01624 | 08-03335 | 09-00015 |
| 06-03267 | 07-02797 | 08-01276 | 08-01706 | 08-03336 | 09-00209 |
| 06-03276 | 07-02798 | 08-01511 | 08-01849 | 08-03338 | 09-00211 |
| 06-03477 | 07-02860 | 08-01512 | 08-01854 | 08-03339 | 09-00406 |
| 07-00131 | 07-02874 | 08-01515 | 08-01855 | 08-03340 | 09-00499 |
| 07-00306 | 07-03048 | 08-01517 | 08-01856 | 08-03341 | 09-00718 |
| 07-00657 | 07-03356 | 08-01518 | 08-01857 | 08-03342 | 09-00896 |
| 07-01001 | 07-03357 | 08-01519 | 08-01859 | 08-03343 | 09-00897 |
| 07-01002 | 07-03374 | 08-01521 | 08-01860 | 08-03344 | 09-00980 |
| 07-01003 | 07-03460 | 08-01522 | 08-01868 | 08-03345 | 09-00981 |
| 07-01005 | 07-03713 | 08-01549 | 08-01897 | 08-03346 | 09-00982 |
| 07-01186 | 07-03716 | 08-01552 | 08-01963 | 08-03347 | 09-01113 |
| 07-01188 | 07-03718 | 08-01553 | 08-01969 | 08-03407 | 09-01114 |
| 07-01190 | 07-03719 | 08-01555 | 08-01970 | 08-03409 | 09-01115 |
| 07-01198 | 07-03720 | 08-01556 | 08-02050 | 08-03410 | 09-01198 |
| | 07-03778 | | 08-02051 | 08-03411 | 09-01206 |
| | 07-04104 | | 08-02131 | 08-03412 | 09-01207 |
| | | | 08-02169 | 08-03413 | 09-01208 |
| | | | 08-02170 | 08-03701 | 09-01209 |
| | | | 08-02171 | 08-03814 | 09-01849 |
| | | | 08-02172 | 08-03945 | 09-01850 |
| | | | | | 09-01851 |